# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

―――――――――――

m 99-50037
Summary Calendar

―――――――――――


IN THE MATTER OF:
MARHIL MANUFACTURING, INC;
AFTAB PARTNERSHIP,
A TEXAS PARTNERSHIP,

                              Debtors.


HARRY SCHREIBER,

                                        Appellant,

                    VERSUS

UNITED STATES BANKRUPTCY COURT,

                                        Appellee.


―――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
(A-98-CV-686-JN)
―――――――――――――――――――
March 27, 2000

Before SMITH, BARKSDALE, and
      PARKER, Circuit Judges.

PER CURIAM:[*]

Harry Schreiber appeals the district court's affirmance of the bankruptcy court's refusal to reopen his chapter 7 bankruptcy proceeding. It is difficult to tell exactly what rulings and issues Schreiber is appealing. For example, the bankruptcy court noted, perceptively, that Schreiber seemed to be requesting to be bonded out of federal prison. He also makes generalized complaints of lack of due process regarding hearings and sought recusal of the district judge because that judge presided over Schreiber's criminal proceedings.

We find no reversible error. The judgment of the district court, affirming the bankruptcy court, is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.